# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 24-1199 | September Term, 2024 |
| | FERC-CP23-29-000 |
| | FERC-CP23-29-001 |
| | Filed On: October 11, 2024 [2079498] |

Sierra Club and Public Citizen,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Mexico Pacific Limited LLC and Saguaro
Connector Pipeline, L.L.C,
      Intervenors

## O R D E R

Upon consideration of respondent's unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioners' Brief | November 4, 2024 |
| Respondent's Brief | January 10, 2025 |
| Intervenor for Respondent's Brief | January 24, 2025 |
| Petitioners' Reply Brief | February 14, 2025 |
| Deferred Appendix | February 21, 2025 |
| Final Briefs | February 28, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk