# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1199**                                                                 **September Term, 2024**

FERC-CP23-29-000
FERC-CP23-29-001

**Filed On: April 3, 2025** [2109290]

Sierra Club and Public Citizen,

      Petitioners

  v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Mexico Pacific Limited LLC and Saguaro
Connector Pipeline, L.L.C,
      Intervenors

**O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 17, 2025, at 9:30 A.M.:

    Petitioners    -    15 Minutes

    Respondent    -    15 Minutes

One counsel per side to argue.  The panel considering this case will consist of Circuit Judges Millett, Katsas, and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 7, 2025.

**Per Curiam**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

  BY:    /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)