# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1199                                            September Term, 2024

FERC-CP23-29-000
FERC-CP23-29-001

**Filed On: April 9, 2025** [2110167]

Sierra Club and Public Citizen,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Mexico Pacific Limited LLC and Saguaro Connector Pipeline, L.L.C,
      Intervenors

## O R D E R

Upon consideration of respondent-intervenors' unopposed motion for divided oral argument, it is

**ORDERED** that the motion be granted. The following revised allocation of oral argument time will now apply:

| | | |
|---|---|---|
| Petitioners | - | 15 Minutes |
| Respondent | - | 12 Minutes |
| Respondent-Intervenors | - | 3 Minutes |

### Per Curiam

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)