# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1199**                                                      **September Term, 2024**

FERC-CP23-29-000
FERC-CP23-29-001

**Filed On: April 17, 2025** [2111548]

Sierra Club and Public Citizen,

       Petitioners

   v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Mexico Pacific Limited LLC and Saguaro
Connector Pipeline, L.L.C,
            Intervenors

     **BEFORE:**    Circuit Judges Millett, Katsas, and Walker

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, April 17, 2025 at 9:32 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Rebecca McCreary, counsel for Petitioners.

    Jared B. Fish (FERC), counsel for Respondent.

    Jeremy C. Marwell, counsel for Respondent-Intervenors.

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                         BY:    /s/
                                               Anne A. Rothenberger
                                             Deputy Clerk